### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barbara C. Yavorka<br>    aka Barbara Christine Yavorka<br>    aka Barbara Christine Snowdon<br>    aka Barbara Christine Burger<br>    fdba Mine Subsidence Insurance Services<br>    Andrew W. Yavorka<br>    aka Andrew William Yavorka<br><br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-22661 GLT |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 and index same on the master mailing list.

                                                      Respectfully submitted,

                                                      **/s/James C. Warmbrodt, Esquire**
                                                      James C. Warmbrodt, Esquire
                                                      Attorney I.D. No. 42524
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      412-430-3594
                                                      jwarmbrodt@kmllawgroup.com