**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JESSICA MARIE SHAFFER

              Debtor(s)

  Ronda J. Winnecour

            Movant

     vs.

  FEDERAL HOME LOAN MORTGAGE CORP - TRUSTEE - ET AL   Respondent(s)

Case No. 16-70824JAD

Chapter 13

Document No.____

INTERIM NOTICE OF CURE OF ARREARS

     Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

     The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 8
Court Claim Number - 1

    6/16/2020

/s/   Ronda J. Winnecour_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   JESSICA MARIE SHAFFER

                    Debtor(s)

   Ronda J. Winnecour

                    Movant
              vs.

   FEDERAL HOME LOAN MORTGAGE CORP -
TRUSTEE - ET AL
              Respondent(s)

Case No.:16-70824JAD

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

        I hereby certify that on the date shown below, I served a true and correct copy of
Interim Notice of Cure of Arrears upon the following, by regular United States mail,
postage prepaid, addressed as follows:

JESSICA MARIE SHAFFER, 307 MAXWELL STREET, GALLITZIN, PA  16641

 JEFFREY W ROSS ESQ, HAROLD SHEPLEY & ASSOC LLC, 209 W PATRIOT ST,
SOMERSET, PA  15501
FEDERAL HOME LOAN MORTGAGE CORP - TRUSTEE - ET AL, C/O SELECT
PORTFOLIO SERVICING INC*, PO BOX 65450, SALT LAKE CITY, UT  84165
 JEROME BLANK ESQ, PHELAN ET AL, 1617 JFK BLD STE 1400, 1 PENN CENTER
PLAZA, PHILADELPHIA, PA  19103

06/16/2020

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com