## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-70824 JAD |
| JESSICA MARIE SHAFFER | : | |
|       Debtor | : | |
| | : | Chapter 13 |
| JESSICA MARIE SHAFFER | : | |
| | : | Doc. No. 52 |
|   v.    Movant | : | |
| | : | |
| | : | |
| NO RESPONDENT | : | |

## **CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. Debtor has satisfied the requirements of 11 U.S.C. §1325(b)(4)(B) in that she remitted funds sufficient to pay all allowed unsecured claims in full.

2. Debtor has remitted funds sufficient to pay all arrears on secured claims.

3. Debtor has remitted funds sufficient to pay all administrative claims. Further, the administrative claim in the form of attorney fees has already been satisfied through the plan.

4. Debtor is not required to pay any Domestic Support Obligations.

5. Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

6. On 19 January 2017, at docket number 17, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

7. This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

|  | Respectfully Submitted By: |
|---|---|
| Date:  <u>11 September 2020</u> | <u>s/ Jeffrey W. Ross</u><br>Jeffrey W. Ross, Esq.<br>PA Bar ID No. 201479<br>Harold Shepley & Associates, LLC<br>209 West Patriot Street<br>Somerset, PA 15501<br>T 814-444-0500<br>F 814-444-0600<br>jross@shepleylaw.com |