**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/30/20 5:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

JESSICA MARIE SHAFFER
    Debtor.

Ronda J. Winnecour, Trustee
    Movant,

  vs.

JESSICA MARIE SHAFFER
    Respondent.

Bankruptcy No. 16-70824-JAD

Chapter 13

Related To Doc. No. 54

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 30th day od September, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

Hollidaysburg Veterans Home
Attn: Payroll Manager
500 Municipal Dr
Duncansville, PA 16635

is hereby ordered to immediately terminate the attachment of the wages of JESSICA MARIE SHAFFER, social security number XXX-XX-6660.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JESSICA MARIE SHAFFER.

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

mas

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70824-JAD |
| Jessica Marie Shaffer | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Marie Shaffer, 307 Maxwell Street, Gallitzin, PA 16641-1445 |
| | | Hollidaysburg Veterans Home, Attn: Payroll Manager, 500 Municipal Drive, Duncansville, PA 16635 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020                    Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Jeffrey Wayne Ross | |
| | on behalf of Debtor Jessica Marie Shaffer jross@shepleylaw.com jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Jerome B. Blank | |
| | on behalf of Creditor Wells Fargo Bank NA S/B/M Wells Fargo Home Mortgage, Inc. pawb@fedphe.com |
| Joseph A. Dessoye | |
| | on behalf of Creditor Wells Fargo Bank NA S/B/M Wells Fargo Home Mortgage, Inc. pawb@fedphe.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-7 | User: msch | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 2 |

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 6