**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JESSICA MARIE SHAFFER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-70824 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 24, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 16-70824-JAD    Doc 62    Filed 11/27/20    Entered 11/28/20 00:36:48    Desc Imaged
                     Certificate of Notice    Page 2 of 6

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/05/2016 and confirmed on 1/31/17 . The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,253.01 |
| Less Refunds to Debtor | 1,186.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,066.61 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 1,350.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,350.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 16,559.71 | 0.00 | 16,559.71 |
|     Acct: 4657 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 9,252.16 | 9,252.16 | 0.00 | 9,252.16 |
|     Acct: 4657 | | | | |
| | | | | 25,811.87 |
| **Priority** | | | | |
|   JEFFREY W ROSS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSICA MARIE SHAFFER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSICA MARIE SHAFFER | 290.00 | 290.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSICA MARIE SHAFFER | 896.40 | 896.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAROLD SHEPLEY & ASSOC LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 451.45 | 451.45 | 0.00 | 451.45 |
|     Acct: 8592 | | | | |
|   TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8694 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 167.53 | 167.53 | 0.00 | 167.53 |
|     Acct: 5895 | | | | |
|   CHAPTER HOLDINGS LLC FBO: CAPORUS | 285.02 | 285.02 | 0.00 | 285.02 |
|     Acct: 8694 | | | | |
|   JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELLS FARGO HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPORUSCIO PLUMBING & HEATING INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 904.00 |

TOTAL PAID TO CREDITORS                                                         26,715.87

TOTAL CLAIMED
PRIORITY            0.00
SECURED         9,252.16
UNSECURED         904.00


Date: 11/24/2020                            /s/ Ronda J. Winnecour

                                            RONDA J WINNECOUR PA ID #30399
                                            CHAPTER 13 TRUSTEE WD PA
                                            600 GRANT STREET
                                            SUITE 3250 US STEEL TWR
                                            PITTSBURGH, PA  15219
                                            (412) 471-5566
                                            cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JESSICA MARIE SHAFFER

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70824 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jessica Marie Shaffer  
    Debtor(s)

Case No. 16-70824-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: msch      Page 1 of 2  
Date Rcvd: Nov 25, 2020      Form ID: pdf900      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Marie Shaffer, 307 Maxwell Street, Gallitzin, PA 16641-1445 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14332371 | + | Caporuscio Plumbing & Heating, 307 Kettle Street, Altoona, PA 16602-5363 |
| 15183860 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15009773 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14332374 | + | Tek-Collect Inc., 871 Park Street, Columbus, OH 43215-1441 |
| 14348815 | | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC# N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN, 55121-7700 |
| 14332375 | + | Wells Fargo, P.O. Box 14591, Des Moines, IA 50306-3591 |
| 14332376 | | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Nov 26 2020 03:45:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14401658 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 26 2020 03:37:46 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14332372 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 26 2020 03:44:00 | Covergent Outsourcing, Inc., P.O. Box 9004, Renton, WA 98057-9004 |
| 14332373 | | Email/Text: G06041@att.com | Nov 26 2020 03:44:00 | DirecTV, P.O. Box 6550, Greenwood Village, CO 80155-6550 |
| 14400420 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 26 2020 03:36:01 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Wells Fargo Bank, NA S/B/M Wells Fargo Home Mortga |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020               Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Jeffrey Wayne Ross | on behalf of Debtor Jessica Marie Shaffer jross@shepleylaw.com jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank  NA S/B/M Wells Fargo Home Mortgage, Inc. pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor Wells Fargo Bank  NA S/B/M Wells Fargo Home Mortgage, Inc. pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6